UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO REGIONAL MEDICAL CENTER and JEFFERSON LAROT SANTOS,<br><br>                              Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, *in his official capacity as U.S. Secretary of State c/o Executive Office, Office of the Legal Advisor*,<br><br>                              Defendant. | Case No.:  21cv361-DMS-MDD<br><br>**TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the above-captioned case is transferred from the calendar of the Honorable Mitchell D. Dembin, to the calendar of the Honorable Ruth Bermudez Montenegro.

**IT IS SO ORDERED**.

Dated:   March 2, 2021

_Mitchell D. Dembin_
Hon. Mitchell D. Dembin
United States Magistrate Judge

1

21cv361-DMS-MDD